**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDI ROBBINS,<br><br>           Plaintiff,<br><br>      v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF KERN; STEPHEN PELZ; and DOES 1-25,<br><br>           Defendants. | Case No. 1:21-CV-01315-NONE-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR THE DEFENSE TO FILE A RESPONSIVE PLEADING; ORDER CONTINUING THE SCHEDULING CONFERENCE**<br><br>(Doc. 8) |

Based upon the stipulation of the parties, the Court ORDERS:

1.   The stipulation is **GRANTED**.  The defense **SHALL** file its responsive pleading no later than January 18, 2022.

2.   The scheduling conference is **CONTINUED** to **February 25, 2022** at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **November 29, 2021**                   _ **/s/ Jennifer L. Thurston**
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE