# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ROBBINS,<br><br>  Plaintiff,<br><br>  v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF KERN, et al.,<br><br>  Defendants. | Case No. 1:21-cv-01315-NONE-JLT<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER RESETTING SCHEDULING CONFERENCE<br><br>(ECF Nos. 9, 12) |

Plaintiff initiated this action on August 30, 2021. (ECF No. 1.) On November 29, 2021, the Court granted the parties' first stipulated request to extend the deadline for Defendants to respond to the complaint to January 18, 2022 and continued the scheduling conference to February 25, 2022. (ECF No. 9.) On January 18, 2022, the parties filed their second stipulated request to extend the time for Defendants to file a responsive pleading, seeking a sixty-day extension and continuation of all related pre-trial deadlines. (ECF No. 12.) The parties seek to extend the deadline to March 18, 2022, to facilitate informal resolution discussions between the parties.

The parties are reminded that requests to modify the briefing schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension. If such a request is made after a deadline, the party seeking the nunc pro tunc extension must show additional good cause as to why the matter

was filed late.

Nevertheless, based upon a review of the parties' stipulation for an extension of time, the Court finds good cause to grant the extension and to extend Defendants' deadline to file a response to the complaint. The request was not made in bad faith and the stipulated relief requested by the parties is warranted. However, the parties are reminded that any failures to comply with the scheduling order may result in sanctions pursuant to Local Rule 110.

A review of the docket reveals no scheduling order has yet been issued and that the initial scheduling conference is currently set for February 25, 2022 before the Honorable Jennifer L. Thurston. Accordingly, the parties' request to continue pre-trial deadlines is denied as moot. Instead, the Court shall reset the scheduling conference pursuant to the January 6, 2022 Notice of Temporary Magistrate Judge Referral. (ECF No. 10.)

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before **March 18, 2022**;
2. The scheduling conference set for February 25, 2022 before the Honorable Jennifer L. Thurston, is RESET to **April 26, 2022, at 10:30 a.m.** before the Honorable Stanley A. Boone in Courtroom 9; and
3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 19, 2022**

UNITED STATES MAGISTRATE JUDGE

2