# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ROBBINS,<br><br>   Plaintiff,<br><br>   v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF KERN, et al.,<br><br>   Defendants. | Case No.  1:21-cv-01315-JLT-BAK<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 13, 15) |

Plaintiff initiated this action on August 30, 2021.  (ECF No. 1.)  On November 29, 2021, the Court granted the parties' first stipulated request to extend the deadline for Defendants to respond to the complaint to January 18, 2022, and continued the scheduling conference to February 25, 2022.  (ECF No. 9.)  On January 19, 2022, the Court granted a stipulation to extend the deadline to file a responsive pleading to March 18, 2022, to allow for informal resolution discussions between the parties.  (ECF No. 12.)  The Court also reset the scheduling conference for April 26, 2022.  (ECF No. 13.)

On March 17, 2022, the parties filed a stipulation requesting the deadline to file a responsive pleading be extended until an unspecified date, to allow for the completion of mediation scheduled for May 24, 2022, the earliest date available for all parties and the mediator.  (ECF No. 15.)  Local Rule 144(a) provides that "[n]o open extensions of time by stipulation of the parties will be recognized."  As no proposed deadline was proffered, the Court shall set a

deadline for any responsive pleading to be filed twenty-one (21) days after the date of the mediation, and shall reset the scheduling conference approximately forty-five (45) days after the date of the mediation.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before June 14, 2022;

2. The scheduling conference set for April 26, 2022, is CONTINUED to July 11, 2022, at 9:30 a.m. in Courtroom 9; and

3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**March 18, 2022**__

UNITED STATES MAGISTRATE JUDGE