# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ROBBINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF KERN, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-01315-JLT-BAK<br><br>ORDER RE: FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER RESETTING SCHEDULING CONFERENCE<br><br>(ECF Nos. 16, 17) |

　　　　Plaintiff initiated this action on August 30, 2021.  (ECF No. 1.)  The parties have filed a number of stipulated requests, which the Court granted, to extend the deadline for Defendants to respond to the complaint.  (See ECF Nos. 8, 9, 12, 13, 15, 16.)  The initial scheduling conference is currently set for July 11, 2022.  (See ECF No. 16.)  On June 7, 2022, the parties filed their fourth stipulated request to extend the deadline for Defendants to respond to the complaint.  (ECF No. 17.)  The parties proffer they previously scheduled a mediation for May 24, 2022, which had to be rescheduled for July 5, 2022, due to third-party and records delays.  In light of the pending mediation, the parties request an extension of the response deadline, as well as any other related pre-trial deadlines, though they do not submit any specific requested dates.  Nonetheless, the Court finds good cause exists to grant the parties' request and will extend the deadline to respond to the complaint as well as continue the date of the initial scheduling

1

conference. Further, as the initial scheduling conference has not yet occurred, the Court notes no other pre-trial deadlines have been set at this time which require a continuance.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Defendants to file a response to the complaint is extended to **August 2, 2022**;

2. The scheduling conference set for July 11, 2022, is CONTINUED to **September 8, 2022**, at **11:30 a.m.**, before the Honorable Stanley A. Boone in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **June 7, 2022**

UNITED STATES MAGISTRATE JUDGE