# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ROBBINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No.  1:21-cv-01315-JLT-BAK (SAB)<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 18, 20) |

The initial scheduling conference is currently set in this matter for September 8, 2022. (ECF No. 18.)  On September 1, 2022, the parties filed a stipulated request to continue the scheduling conference sixty days.  (ECF No. 20.)  The parties proffer a continuance is warranted because they are currently engaged in settlement discussions and believe they are on the verge of settlement.  They seek to avoid the additional expense of engaging the Court in a scheduling conference, which may be rendered unnecessary.  The Court finds good cause exists to approve the stipulated request.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The scheduling conference set for September 8, 2022, is CONTINUED to **November 15, 2022, at 10:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **September 1, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2