UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ROBBINS,<br><br>  Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF KERN, ET AL.,<br><br>  Defendant. | Case No. 1:21-cv-01315-JLT-CDB<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO FILE COMPLETED CONSENT FORMS**<br><br>THREE-DAY DEADLINE<br><br>(Doc. 27) |

Following the Telephonic Scheduling Conference on November 15, 2022, the Court ordered the parties to return their completed magistrate judge consent/decline forms no later than November 18, 2022 (Doc. 27), which had been provided to the parties when the action commenced.  (Doc. 3).

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Because neither party has filed the consent/decline forms, and because the deadline for

filing the forms has passed, IT IS HEREBY ORDERED that **within three (3) days** of entry of this order, each party shall show cause in writing why she should not be sanctioned for failing to file a completed consent/decline form.  The parties may comply with this order by filing either (1) a status report outlining why they have failed to comply with the Court's order, or (2) by filing the completed consent/decline forms.  Failure to timely respond to this Order to Show Cause may result in sanctions.

IT IS SO ORDERED.

Dated:   **November 23, 2022**                    _____
UNITED STATES MAGISTRATE JUDGE